# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA  
v.

**WARRANT FOR ARREST**  
AGENT TO ARREST

Stefan Eberhard Zappey

Case Number: 3:21-MJ-002

TO: The United States Marshal  
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Stefan Eberhard Zappey

and bring him forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him with: knowingly engaging in a sexual act with another person who had not attained the age of 12 years and engaging in conduct outside of the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States and the defendant engaged in this conduct while employed by the Armed Forces outside the United States, in violation of Title 18, United States Code, Section(s) 2241(c), 3238, and 3261(a).

REGINA D. CANNON  
Name of Issuing Officer

United States Magistrate Judge  
Title of Issuing Officer

Signature of Issuing Officer  
Issued Pursuant to Fed. R. Crim. P. 4.1

July 22, 2021  
Atlanta, Georgia  
Date and Location

Bail Fixed at $_____

by _R. Cannon_  
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received:_____

Name and Title of Arresting Officer

Date of Arrest:_____

Signature of Arresting Officer