MAGISTRATE'S CRIMINAL MINUTES
COMPLAINT

ORIGINAL

| | TIME IN COURT: | | HRS. | 16 | MINS. |
|---|---|---|---|---|---|
| FILED IN OPEN COURT | DATE: 7/23/2021 | TIME: 4:10 pm | TAPE: | FTR | |

**MAGISTRATE (PRESIDING):** ALAN J. BAVERMAN        **DEPUTY CLERK:** Lisa Enix

| CASE NUMBER: | 3:21-MJ-002 | DEFENDANT'S NAME: | Stefan Eberhard Zappey |
|---|---|---|---|
| AUSA: | Leanne Marek | DEFENDANT'S ATTORNEY: | Kendal Silas |
| USPO/PTR: | Lisa Moore | TYPE OF COUNSEL: | FDP |
| | ARREST DATE: | | |
| | INTERPRETER: | | |
| X | INITIAL APPEARANCE HEARING: ( ) IN THIS DISTRICT | DFT IN CUSTODY? ( ) YES ( ) NO | |
| | Due Process Protection Act Warning Given to Government's Counsel. Order on Page 2 | | |

**COUNSEL**

| X | ORDER appointing Federal Defender as counsel for defendant | | INITIAL APPEARANCE ONLY |
|---|---|---|---|
| | ORDER appointing | as counsel for defendant. | |
| X | ORDER defendant to pay attorney's fees as follows: | $1,000.00 every month due on the 15th of every month. | |
| | ORDER giving defendant until | to employ counsel. | ( ) ORDER to follow |

**PRELIMINARY HEARING**

| X | PRELIMINARY HEARING SET | 7/27/2021 | at | 9:30 am |
|---|---|---|---|---|
| | DEFENDANT WAIVES PRELIMINARY HEARING | | WAIVER FILED | |
| | PRELIMINARY HEARING HELD | | PROBABLE CAUSE FOUND; DEFENDANT HELD TO DISTRICT COURT | |
| | MISCELLANEOUS | | | |

**BOND/PRETRIAL DETENTION HEARING**

| X | Government motion for detention filed. Hearing set | 7/27/2021 | at | 9:30 am | |
|---|---|---|---|---|---|
| | Temporary Commitment issued. Remanded to USM | | | | |
| | Bond Hearing Held | | | | |
| | Government motion for detention | GRANTED | DENIED | WAIVED | WITHDRWAN |
| | Pretrial Detention Ordered. | Written Order to follow. | | | |
| | BOND SET AT | | | | |
| | NON-SURETY | | | | |
| | SURETY ( ) CASH | ( ) PROPERTY | ( ) CORPORATE SURETY | | |
| | SPECIAL CONDITIONS: | | | | |
| | BOND FILED; DEFENDANT RELEASE. | | | | |
| | BOND NOT EXCUTED. DEFENDANT TO REMAIL IN MARSHAL'S CUSTODY. | | | | |
| | WITNESSES: | | | | |
| | EXHBITS: | | | | |