U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Newnan
(USAO: 2021R00679)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fayette                              DISTRICT COURT NO. **3:21CR- 14**

                                                  MAGISTRATE CASE NO.   3:21-MJ-00002

X Indictment                    Information              X Magistrate's Complaint
DATE: August 3, 2021             DATE:                    DATE: July 22, 2021

UNITED STATES OF AMERICA              SUPERSEDING INDICTMENT
vs.                                   Prior Case Number:
STEFAN EBERHARD ZAPPEY                Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   X Yes   No
Is the defendant in custody on this charge or other conviction?   On this charge
Is the defendant awaiting trial on other charges?   Yes   X No
   Other charges:
   Name of institution: Robert A. Deyton Detention, Facility

Will the defendant require an interpreter?   Yes   X No

FILED IN OPEN COURT
U.S.D.C. - Atlanta

KEVIN P. WEIMER, Clerk
By: *[signature]* Deputy Clerk

District Judge:
Magistrate Judge:

Attorneys: Leanne Marek & Eduardo Palomo
Defense Attorney: Kendal Demetrius Silas