# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

3:21-CR-14

STEFAN EBERHARD ZAPPEY
USM # 56605-509

C/O  U. S. MARSHAL

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | | |
|---|---|---|
| **PLACE:** | U.S. Courthouse<br>Richard B. Russell Building<br>**18th Floor, Room 1810**<br>75 Ted Turner Drive, S.W.<br>Atlanta, Georgia   30303-3361 | FILED IN CHAMBERS<br>U.S.D.C. Atlanta<br><br>AUG 03 2021<br><br>By: Kevin P. Weimer, Clerk<br>Deputy Clerk |
| **BEFORE:** | Honorable Catherine M. Salinas<br>United States Magistrate Judge | |
| **DATE AND TIME:** | Friday, August 13, 2021<br>**10:30 a.m.** | |

To answer a(n)

X☐ Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of **Title 18, United States Code, Section 3261 and 2241(c)**

Brief description of the offense: aggravated sexual child abuse

AUSA:  Leanne Marek

Counsel for Defendant:  Kendal Silas

August 3, 2021

KEVIN P. WEIMER
CLERK OF COURT

By: _James Twits_
Deputy Clerk