ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 0 4 2022

KEVIN P. WEIMER, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action |
| v. | No. 3:21-CR-14 |
| STEFAN EBERHARD ZAPPEY | **Second Superseding Indictment** |

THE GRAND JURY CHARGES THAT:

### General Allegations

At all times relevant to this Indictment:

1. The conduct alleged occurred in and about Stuttgart, Germany, outside of the jurisdiction of any particular State and District, and within the venue of the United States District Court for the Northern District of Georgia, under Title 18, United States Code, Section 3238.

2. The defendant, STEFAN EBERHARD ZAPPEY, was arrested on or about July 23, 2021, in the Northern District of Georgia.

3. The defendant, STEFAN EBERHARD ZAPPEY, was then employed by the Armed Forces, as that term is defined under Title 18, United States Code, Section 3267, as an elementary school teacher at a military installation outside the United States.

**Count One**

*Aggravated Sexual Abuse of a Child Committed by a Person Employed by the Armed Forces Outside the United States*
18 U.S.C. §§ 3261 and 2241(c)

1. The "General Allegations" of this Indictment are re-alleged and incorporated by reference herein.

2. Between on or about January 1, 2006, and continuing through on or about December 31, 2007, the defendant, STEFAN EBERHARD ZAPPEY, a citizen of the United States who was arrested on or about July 23, 2021, in the Northern District of Georgia, while then employed by the Armed Forces outside the United States, as that term is defined under Title 18, United States Code, Section 3267, engaged in conduct outside the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, that is, the defendant did knowingly engage in, and knowingly attempt to engage in, a sexual act, as defined under Title 18, United States Code, Section 2246(2), with a child, that is, Minor Victim 1, whose identity is known to the Grand Jury, and who had not attained the age of 12 years.

All in violation of Title 18, United States Code, Sections 3261 and 2241(c).

**Count Two**

*Abusive Sexual Contact Committed by a Person Employed by the Armed Forces Outside of the United States*
18 U.S.C. §§ 3261 and 2244(a)(5)

1. The "General Allegations" of this Indictment are re-alleged and incorporated by reference herein.

2

2.  Between on or about January 1, 2006, and continuing through on or about December 31, 2007, the defendant, STEFAN EBERHARD ZAPPEY, a citizen of the United States who was arrested on or about July 23, 2021, in the Northern District of Georgia, while then employed by the Armed Forces outside of the United States, as that term is defined under Title 18, United States Code, Section 3267, engaged in conduct outside of the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, that is, the defendant, STEFAN EBERHARD ZAPPEY, did knowingly engage in, and knowingly attempt to engage in, sexual contact, as defined under Title 18, United States Code, Section 2246(3), with a child, that is, Minor Victim 1, whose identity is known to the Grand Jury, and who had not attained the age of 12 years.

All in violation of Title 18, United States Code, Sections 3261 and 2244(a)(5).

### Count Three
*Aggravated Sexual Abuse of a Child Committed by a Person Employed by the Armed Forces Outside the United States*
18 U.S.C. §§ 3261 and 2241(c)

1.  The "General Allegations" of this Indictment are re-alleged and incorporated by reference herein.

2.  Between on or about January 1, 2008, and continuing through on or about December 31, 2010, the defendant, STEFAN EBERHARD ZAPPEY, a citizen of the United States who was arrested on or about July 23, 2021, in the Northern District of Georgia, while then employed by the Armed Forces outside the

United States, as that term is defined under Title 18, United States Code, Section 3267, engaged in conduct outside the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, that is, the defendant did knowingly engage in, and knowingly attempt to engage in, a sexual act, as defined under Title 18, United States Code, Section 2246(2), with a child, that is, Minor Victim 2, whose identity is known to the Grand Jury, and who had not attained the age of 12 years.

All in violation of Title 18, United States Code, Sections 3261 and 2241(c).

### Count Four
*Abusive Sexual Contact Committed by a Person Employed by the Armed Forces Outside of the United States*
18 U.S.C. §§ 3261 and 2244(a)(5)

1.  The "General Allegations" of this Indictment are re-alleged and incorporated by reference herein.

2. Between on or about January 1, 2008, and continuing through on or about December 31, 2010, the defendant, STEFAN EBERHARD ZAPPEY, a citizen of the United States who was arrested on or about July 23, 2021, in the Northern District of Georgia, while then employed by the Armed Forces outside of the United States, as that term is defined under Title 18, United States Code, Section 3267, engaged in conduct outside of the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, that is, the defendant, STEFAN

4

EBERHARD ZAPPEY, did knowingly engage in, and knowingly attempt to engage in, sexual contact, as defined under Title 18, United States Code, Section 2246(3), with a child, that is, Minor Victim 2, whose identity is known to the Grand Jury, and who had not attained the age of 12 years.

All in violation of Title 18, United States Code, Sections 3261 and 2244(a)(5).

### Count Five

*Aggravated Sexual Abuse of a Child Committed by a Person Employed by the Armed Forces Outside the United States*
18 U.S.C. §§ 3261 and 2241(c)

1.  The "General Allegations" of this Indictment are re-alleged and incorporated by reference herein.

2.  Between on or about January 1, 2007, and continuing through on or about December 31, 2008, the defendant, STEFAN EBERHARD ZAPPEY, a citizen of the United States who was arrested on or about July 23, 2021, in the Northern District of Georgia, while then employed by the Armed Forces outside the United States, as that term is defined under Title 18, United States Code, Section 3267, engaged in conduct outside the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, that is, the defendant did knowingly engage in, and knowingly attempt to engage in, a sexual act, as defined under Title 18, United States Code, Section 2246(2), with a child, that is, Minor Victim 3, whose identity is known to the Grand Jury, and who had not attained the age of 12 years.

All in violation of Title 18, United States Code, Sections 3261 and 2241(c).

**Count Six**

*Abusive Sexual Contact Committed by a Person Employed by the Armed Forces
Outside of the United States*
18 U.S.C. §§ 3261 and 2244(a)(5)

1.   The "General Allegations" of this Indictment are re-alleged and incorporated by reference herein.

2. Between on or about January 1, 2007, and continuing through on or about December 31, 2008, the defendant, STEFAN EBERHARD ZAPPEY, a citizen of the United States who was arrested on or about July 23, 2021, in the Northern District of Georgia, while then employed by the Armed Forces outside of the United States, as that term is defined under Title 18, United States Code, Section 3267, engaged in conduct outside of the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, that is, the defendant, STEFAN EBERHARD ZAPPEY, did knowingly engage in, and knowingly attempt to engage in, sexual contact, as defined under Title 18, United States Code, Section 2246(3), with a child, that is, Minor Victim 3, whose identity is known to the Grand Jury, and who had not attained the age of 12 years.

All in violation of Title 18, United States Code, Sections 3261 and 2244(a)(5).

6

**Count Seven**

*Aggravated Sexual Abuse of a Child Committed by a Person Employed by the
Armed Forces Outside the United States*
*18 U.S.C. §§ 3261 and 2241(c)*

1.  The "General Allegations" of this Indictment are re-alleged and
incorporated by reference herein.

2.  Between on or about January 1, 2009, and continuing through on or about
December 31, 2010, the defendant, STEFAN EBERHARD ZAPPEY, a citizen of
the United States who was arrested on or about July 23, 2021, in the Northern
District of Georgia, while then employed by the Armed Forces outside of the
United States, as that term is defined under Title 18, United States Code, Section
3267, engaged in conduct outside of the United States that would constitute an
offense punishable by imprisonment for more than one year if the conduct had
been engaged in within the special maritime and territorial jurisdiction of the
United States, that is, the defendant, STEFAN EBERHARD ZAPPEY, did
knowingly engage in, and knowingly attempt to engage in, a sexual act, as
defined under Title 18, United States Code, Section 2246(2), with a child, Minor
Victim 4, whose identity is known to the Grand Jury, and who had not attained
the age of 12 years.

All in violation of Title 18, United States Code, Sections 3261 and 2241(c).

## Count Eight

*Abusive Sexual Contact Committed by a Person Employed by the Armed Forces Outside of the United States*

*18 U.S.C. §§ 3261 and 2244(a)(5)*

1.  The "General Allegations" of this Indictment are re-alleged and incorporated by reference herein.

2.  Between on or about January 1, 2009, and continuing through on or about December 31, 2010, the defendant, STEFAN EBERHARD ZAPPEY, a citizen of the United States who was arrested on or about July 23, 2021, in the Northern District of Georgia, while then employed by the Armed Forces outside of the United States, as that term is defined under Title 18, United States Code, Section 3267, engaged in conduct outside of the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, that is, the defendant, STEFAN EBERHARD ZAPPEY, did knowingly engage in, and knowingly attempt to engage in, sexual contact, as defined under Title 18, United States Code, Section 2246(3), with a child, Minor Victim 4, whose identity is known to the Grand Jury, and who had not attained the age of 12 years.

8

All in violation of Title 18, United States Code, Sections 3261 and 2244(a)(5).

A  *True*  BILL

_____
FOREPERSON

RYAN K. BUCHANAN
  *United States Attorney*

*Leanne Marek*

LEANNE M. MAREK
  *Assistant United States Attorney*
Georgia Bar No. 270935

*Eduardo Palomo*
EDUARDO PALOMO
  *Department of Justice, Child Exploitation and*
  *Obscenity Section Trial Attorney*
Texas Bar No. 24074847

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181