**FILED IN OPEN COURT**
**U.S.D.C. - Atlanta**

JAN 18 2023

**KEVIN P. WEIMER, Clerk**
By _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

UNITED STATES OF AMERICA

*v.*

STEFAN EBERHARD ZAPPEY

Criminal Action No.

3:21-CR-0014-TCB-RGV

## VERDICT

### COUNT ONE

**Aggravated Sexual Abuse of a Child Committed by a Person Employed by the Armed Forces Outside the United States**

As to Count One of the Indictment, we, the jury, unanimously find the Defendant,

STEFAN EBERHARD ZAPPEY:

_____X_____ Guilty       _____ Not Guilty

### COUNT TWO

**Abusive Sexual Contact Committed by a Person Employed by the Armed Forces Outside the United States**

As to Count Two of the Indictment, we, the jury, unanimously find the Defendant,

STEFAN EBERHARD ZAPPEY:

_____X_____ Guilty       _____ Not Guilty

*Robert B. Koons*
ROBERT B. KOONS

## COUNT THREE

### Aggravated Sexual Abuse of a Child Committed by a Person Employed by the Armed Forces Outside the United States

As to Count Three of the Indictment, we, the jury, unanimously find the Defendant,

STEFAN EBERHARD ZAPPEY:

_____X_____Guilty  _____ Not Guilty

## COUNT FOUR

### Abusive Sexual Contact Committed by a Person Employed by the Armed Forces Outside the United States

As to Count Four of the Indictment, we, the jury, unanimously find the Defendant,

STEFAN EBERHARD ZAPPEY:

_____X_____Guilty  _____ Not Guilty

## COUNT FIVE

### Aggravated Sexual Abuse of a Child Committed by a Person Employed by the Armed Forces Outside the United States

As to Count Five of the Indictment, we, the jury, unanimously find the Defendant,

STEFAN EBERHARD ZAPPEY:

_____X_____Guilty  _____ Not Guilty

## COUNT SIX

### Abusive Sexual Contact Committed by a Person Employed by the Armed Forces Outside the United States

As to Count Six of the Indictment, we, the jury, unanimously find the Defendant,

STEFAN EBERHARD ZAPPEY:

_____X_____ Guilty _____ Not Guilty

## COUNT SEVEN

### Aggravated Sexual Abuse of a Child Committed by a Person Employed by the Armed Forces Outside the United States

As to Count Seven of the Indictment, we, the jury, unanimously find the Defendant,

STEFAN EBERHARD ZAPPEY:

_____X_____ Guilty _____ Not Guilty

## COUNT EIGHT

### Abusive Sexual Contact Committed by a Person Employed by the Armed Forces Outside the United States

As to Count Eight of the Indictment, we, the jury, unanimously find the Defendant,

STEFAN EBERHARD ZAPPEY:

_____X_____ Guilty _____ Not Guilty