IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Indictment |
| v. | ) | |
| | ) | Number: 3:21-CR-14 |
| STEFAN EBERHARD ZAPPEY, | ) | |
| | ) | |
| Defendant. | ) | |

## SENTENCING MEMORANDUM

Attached, please find the "Character Letters" exhibit in support of the Defendant's request for a downward variance at his sentencing.

This, the 27th day of April, 2023.

RESPECTFULLY SUBMITTED,

GARLAND, SAMUEL & LOEB, P.C.

/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia State Bar Number: 624475

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Tel.: 404-262-2225
Fax: 404-365-5041
Email: dfs@gsllaw.com

/s/ *Lawrence J. Zimmerman*
LAWRENCE J. ZIMMERMAN, ESQ.

1

                              Georgia State Bar Number: 785198

                              Attorneys for Defendant

269 Roswell St NE
Marietta, GA 30060
Tel.: 404-351-3000
Fax: 404-759-2924
Email: lawjzimm@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Indictment |
| v. ) | |
| ) | Number: 3:21-CR-14 |
| STEFAN EBERHARD ZAPPEY, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the within and foregoing SENTENCING MEMORANDUM with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This, the 27th day of April, 2023.

GARLAND, SAMUEL & LOEB, P.C.

/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia State Bar Number: 624475
Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Tel.: 404-262-2225
Fax: 404-365-5041
Email: dfs@gsllaw.com

3